UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 12 PM 3: 56

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| KAREN DEEN, JUDITH KNIGHT, CYNTHIA HILL, JOE DRIVER, JOYCE BOWEN and MARY KENNEDY,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH, INC. f/k/a American Home Products Corporation,<br><br>Defendant. | Case No.: 2:04 cv 2281 Ma/V |

## STIPULATION OF DISMISSAL WITH PREJUDICE

THE PARTIES HEREBY STIPULATE, as evidenced by the signatures of counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), to the dismissal of this action with prejudice. It is further stipulated and agreed by and between the parties, that they have fully compromised and settled their dispute, having entered into a final settlement agreement.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that this action is hereby dismissed with prejudice. Each party shall bear its own costs and counsel fees.

APPROVED AND SO ORDERED:

_____
DISTRICT JUDGE

DATE: December 12, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:02-CV-02281 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Michael C. Skouteris
SKOUTERIS LAW FIRM
50 N. Front Street
Ste 1190
Memphis, TN 38103

George Skouteris
SKOUTERIS LAW FIRM
50 N. Front Street
Ste 1190
Memphis, TN 38103

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT